**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   H-17-652 |
| | § | |
| MIGUEL ALEJANDRO MORALES-GARCIA | § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF SENTENCING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Court set sentencing in this case for September 13, 2018.  The Government has obtained newly discovered evidence which may impact the sentencing guidelines and the Defendant's sentencing range.

II.

The Government is requesting a continuance of 45 days in order to obtain reports of the newly discovered evidence and to provide said reports to the Defendant as well as the U.S. Probation Office.

III.

Kevin Acevedo, attorney for the Defendant, was contacted and is unopposed to said request.

WHEREFORE, PREMISES CONSIDERED, the Government prays that this motion for continuance of the sentencing be granted.

Respectfully submitted,

RYAN K. PATRICK,
UNITED STATES ATTORNEY


*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney
Federal ID No. 940441
Texas Bar No. 24029686
Phone: (713) 567-9465

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Kevin Acevedo and he is unopposed to this motion on this 10th day of September 2018.

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 11th day of September 2018, a true and correct copy of the foregoing Motion for Continuance was electronically mailed to the attorney of record.

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney